```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| D.V., *by and through his Guardian B.V.*, et al., | |
| Plaintiffs, | Civil No. 12-7646 (JS) |
| v. | |
| PENNSAUKEN SCHOOL DISTRICT, et al., | |
| Defendants. | |

### AMENDED SCHEDULING ORDER

The Court finding good cause to grant defendants' June 1, 2017 letter application requesting to extend the present scheduling deadlines,

IT IS this **2nd** day of **June, 2017,** hereby **ORDERED:**

1. Plaintiff Thomas Vandergrift shall appear for his defense Fed. R. Civ. P. 35 examination on **July 12, 2017.** Defendants shall promptly advise plaintiff of the scheduled time, place and name of examiner.

2. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of defendants shall be served upon counsel for plaintiff no later than **August 31, 2017.** Each such report and disclosure shall be accompanied by the curriculum vitae of the proposed expert witness. Depositions of expert witnesses shall be concluded by **September 15, 2017.**

3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **June 30, 2017,** in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

4. The Final Pretrial Conference previously set on September 19, 2017 is **postponed.**

5. It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order. The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/sites/njd/files/pretrialorder%20camden.pdf. The Joint Final Pretrial Order signed by all parties and shall be delivered to the Court **three (3) days before** the in-person Final Pretrial Conference to be held on **October 19, 2017 at 2:00 p.m.** Plaintiff shall submit his portion of the Final Pretrial Order and serve it on defendants by **October 2, 2017.** Defendants shall be responsible for final preparation and submission of the Final Pretrial Order.

2

**PLAINTIFF AND TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.  RULE 16(d), F. R. CIV. P.**

      6.   If a dispositive motion is filed by the Court Ordered deadline, the Final Pretrial Conference shall be deemed postponed, and will be rescheduled, if necessary, after the motion is decided.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
