```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| D.V., *by and through his Guardian B.V.*, et al., | |
| Plaintiffs, | Civil No. 12-7646 (JS) |
| v. | |
| PENNSAUKEN SCHOOL DISTRICT, et al., | |
| Defendants. | |

**AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the status conference on July 19, 2017; and the Court noting the following appearances: Gary Schafkopf, Esquire, appearing on behalf of plaintiff; and Brett E.J. Gorman, Esquire, and Richard Goldstein, Esquire, appearing on behalf of the defendants.

IT IS this **20th** day of **July, 2017**, hereby **ORDERED**:

1. Plaintiff's responses to defendants' motions for summary judgment shall be served by **August 21, 2017**. Defendants' reply shall be served by **September 6, 2017**.

2. The Attorney's Eyes Only ("AEO") designation as to the DYFS records and depositions is amended to a Confidential designation under the applicable Discovery Confidentiality Order. Plaintiff and defendants may have access to this material. The AEO designation as to the individual defendants' personnel records shall remain in place.

3. By **July 26, 2017**, and to the extent not already done, plaintiff shall identify all of his mental health treaters and servicers from January 1, 2014 to present. Plaintiff shall execute records authorizations within two (2) weeks of receipt.

4. By **July 26, 2017**, plaintiff shall identify if Dr. Badgio will be a trial expert. If yes, plaintiff shall produce his expert disclosures by **August 2, 2017**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

```
                          s/ Joel Schneider
                          JOEL SCHNEIDER
                          United States Magistrate Judge
```