

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
July 20, 2017

Matthew B. Weisberg, Esquire
Weisberg Law
7 South Morton Avenue
Morton, PA 19070

Richard L. Goldstein, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin, PA
200 Lake Drive East
Cherry Hill, NJ 08002

Brett E.J. Gorman, Esquire
Parker McCay PA
9000 Midlantic Drive
Mt. Laurel, NJ 08054

Re: **D.V., et al. v. Pennsauken School District, et al.**
Civil No. 12-7646 (JS)

Dear Counsel:

If any portion of plaintiff's claims survive defendants' summary judgment motions, and if the Court retains jurisdiction over the case, the parties are advised that the jury trial of the above matter will commence before the Honorable Joel Schneider on **December 4, 2017**, and is expected to consume eight (8) days.

Counsel for all parties must confer with each other prior to trial and submit <u>joint</u> requests to charge and a proposed verdict sheet by **November 20, 2017**. Any additional proposed charges that could not be agreed upon should be submitted by the propounding party to the Court at the same time.

Each party shall submit a list of pre-marked exhibits and a witness list, including the name and address (city and state only) of each potential witness, one week prior to trial. All trial exhibits must be pre-marked in accordance with each party's exhibit list.

All motions <u>in</u> <u>limine</u> shall be filed by **November 13, 2017.** Responses shall be served by **November 20, 2017.**

At least one (1) week prior to trial all parties must serve any proposed voir dire questions.

As previously scheduled, the Final Pretrial Conference will be held on **October 19, 2017 at 2:00 p.m.**

The Court has scheduled a trial logistics telephone conference on **November 17, 2017 at 10:30 a.m.** Lead trial counsel for all parties shall participate.

        Very truly yours,

        *s/Joel Schneider*
        JOEL SCHNEIDER
        United States Magistrate Judge

JS:jk
cc: Sarah Eckert, Deputy Clerk