

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey  08101
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
October 20, 2017

Matthew B. Weisberg, Esquire
Weisberg Law
7 South Morton Avenue
Morton, PA  19070

Richard L. Goldstein, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin, PA
200 Lake Drive East
Cherry Hill, NJ 08002

Brett E.J. Gorman, Esquire
Parker McCay PA
9000 Midlantic Drive
Mt. Laurel, NJ 08054

  **Re:** **Vandergrift, et al. v. Pennsauken School District, et al., Civil No. 12-7646 (JS)**

Dear Counsel:

  The parties are advised that despite their ongoing settlement discussions trial will begin on **December 4, 2017.** The signed Joint Final Pretrial Order shall be served by **November 29, 2017 (5:00 p.m.).** The Joint Final Pretrial Conference and Trial Logistics Conference will be held on **November 30, 2017 at 12:00 p.m.** in Courtroom 3C. The telephone conference scheduled on November 17, 2017 at 10:30 a.m. is canceled.

  The trial date will not be postponed until and unless the parties serve a joint letter advising that the case settled and a 60-day Order may be entered.

           Very truly yours,

           *s/ Joel Schneider*

           JOEL SCHNEIDER
           United States Magistrate Judge

JS:jk
cc: Sarah Eckert, Deputy Clerk