#40310-00119-RLG

***MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN***
By:  Richard L. Goldstein, Esq.
15000 Midlantic Drive ⬥ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☎856-414-6013  ⬥  📠856-414-6077  ⬥  ✉ rlgoldstein@mdwcg.com
Attorney for Defendants, Chris Lavell and Holly Taylor

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
*(Camden Vicinage)*

| | |
|---|---|
| THOMAS VANDERGRIFT,<br><br>　　　　　Plaintiff<br><br>*vs.*<br><br>PENNSAUKEN SCHOOL DISTRICT, CHRIS LAVELL, MARTY DeLAPE, and HOLLY TAYLOR<br><br>　　　　　Defendants. | C.A. NO.: 1:12-cv-07646-JS<br><br><br><br><br>**ORDER** |

　　　**THIS MATTER** having been brought before the Court upon the Cross-Motion of Richard L. Goldstein, Esq., attorney for Defendants, Chris Lavell and Holly Taylor, for an Order enforcing settlement, and the Court having received and reviewed the moving papers and any opposition submitted thereto, and for good cause having been shown,

　　　**IT IS** on this _____ day of _____, 2017 **ORDERED** that:

　　　1.　　Defendants' Cross-Motion to Enforce Settlement is hereby **GRANTED**;

　　　2.　　It is **FURTHER ORDERED** that Plaintiff, Thomas Vandergrift shall sign and execute the Settlement Agreement attached in Exhibit "D" to co-Defendants' Motion to Enforce Settlement within ten (10) days after the date of the entry of this Order;

3. It is **FURTHER ORDERED** that Plaintiff's counsel shall sign and execute the Settlement Agreement attached to co-Defendants' Motion to Enforce Settlement in Exhibit "D" within ten (10) days after the date of the entry of this Order;

4. It is **FURTHER ORDERED** that the above-entitled matter be and the same is hereby **DISMISSED WITH PREJUDICE**.

_____
HON. JOEL SCHNEIDER, U.S.M.J.

( )   Opposed
( )   Unopposed

LEGAL/113622395.v1