# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880**

| | |
|---|---|
| Additional Offices | *Matthew B. Weisberg\*^* |
| Philadelphia, Pa | L. Anthony DiJiacomo~ |
| Bala Cynwyd, Pa | David A. Berlin^ |
| | Robert P. Cocco~+ |
| | Gary Schafkopf^+ |
| | Brian Mildenberg~+ |
| | Marc Weisberg~+ |
| | Yanna Panagopoulos~+ |
| | |
| | *NJ & PA Office Manager |
| | ^Licensed in PA & NJ |
| Web-Site: www.weisberglawoffices.com | ~Licensed in PA |
| E-Mail: mweisberg@weisberglawoffices.com | +Of Counsel |

*Wednesday, November 29, 2017*

**Via ECF**
Magistrate Judge Joel Schneider
United States Magistrate Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      **RE:** **Vandergrift v. Pennsauken School Dist.**
            **United States District Court; District of New Jersey**
            **No.: 1:12 -cv-07646**

Your Honor:

      Pending before this Honorable Court in the above-captioned matter is this Court's scheduled in-person status conference for November 30, 2017, at noon. The undersigned is co-counsel (along with Gary Schafkopf, Esquire) to plaintiff.

      As Your Honor may recall, Attorney Schafkopf consummated the record agreement in principle following our prior conference – which in pertinent part surrounds defendants' Motions to Enforce Settlement (and respectfully presumably, regards this Court's above-referenced status conference).

      While it was both the undersigned and Attorney Schafkopf's intents to attend this upcoming conference, unfortunately, the undersigned has just been directed to attend a conflicting November 30, 2017 conference in Curry v. UPS (E.D.Pa.) via teleconference. Likewise, only Attorney Schafkopf will be attendant at this Court's above-referenced status conference.

      Thank you for this Honorable Court's consideration of this status update that co-counsel, Gary Schafkopf, Esquire, will attend to this Court's upcoming status conference without

undersigned counsel. In the alternative, it is respectfully requested that the conference be briefly adjourned until 1:30 p.m. (or on another date).

                Sincerely,

                /s/ Matthew B. Weisberg
                MATTHEW B. WEISBERG

MBW/hcm
Cc: All Counsel *(via ECF)*